FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 NOV 29 AM 9: 29
CLERK
SO. DIST. OF GA.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RICHARD SMITH AND )
RICKY EDGERLY, )
 )
    Plaintiffs, )   Civil Action File No:
 )   4:18-cv-00206-WTM-GRS
v. )
 )
SAVANNAH SCHOOLS FEDERAL )
CREDIT UNION, PATRICIA HARRIS, )
ANGIE LEWIS, ULYSSES BRYANT, )
CHADASI BETTERSON )
 )
    Defendants. )

## JOINT STIPULATION AND ORDER OF CONFIDENTIALITY

Comes now Plaintiffs Richard Smith and Ricky Edgerly, and Defendants Savannah Schools Federal Credit Union, Patricia Harris, Angie Lewis, Ulysses Bryant, and Chadasi Betterson (collectively "The Parties").

WHEREAS documents and information have been and will be supplied by some or all of the The Parties, to the other parties in this action pursuant to informal and formal discovery proceedings, which The Parties believe constitute either confidential personnel, proprietary, or commercial or financial information or which are otherwise confidential, a trade secret, a competitive advantage and/or of a personal nature to Defendants or to Plaintiffs (hereinafter referred to

collectively as "confidential materials"), it is hereby stipulated and agreed between Defendants and Plaintiffs, through their respective attorneys, as follows:

1.

In producing documents pertaining to current or former SSFCU employees, members, Board members, any documents with pay or other sensitive employment information, including contact information, personal data, medical information or financial information may be deemed or designated CONFIDENTIAL. With regard to documents and responses to subpoenas, such designation shall be made at the time that such answers are served upon the requesting party or at the time the copies of documents are delivered to the requesting party or at the time documents are made available for the party's inspection.

2.

Each person to whom confidential material, or data or information obtained, derived or generated from confidential material, is disclosed or made available, including experts or consultants retained by the parties, shall first be advised of the existence and the contents of this Stipulation and shall be bound by its terms and conditions. No such person shall divulge any confidential material, or any data or information obtained, derived or generated from confidential material, to any other person, except as provided herein. This Paragraph shall not apply to deponents

who during the course of a deposition are shown confidential material, or data or information obtained, derived or generated from confidential material.

3.

Confidential material, or data and information obtained, derived or generated from confidential material shall be disclosed only to:

(1) The Court and Court personnel;

(2) The attorneys of record in this action, persons employed in the attorneys' offices and agents of the attorneys such as copy services and litigation support services;

(3) Plaintiffs;

(4) Defendants;

(5) Independent experts and consultants such as statisticians, economists and accounts;

(6) Agreed-upon mediators used for the purpose of mediating the above-captioned action; and

(7) Witnesses or potential witnesses with whom the Parties' attorneys deem it necessary to discuss such material in the course of the Parties' discovery and/or preparation for trial.

(8) The Jury in this matter.

4.

Confidential material or data and information obtained, derived or generated from confidential material, shall not be used for any purpose other than pre-trial proceedings, preparation for trial, and post-trial litigation in connection with the above-captioned action.

5.

Any documents filed of record which contain confidential material shall be placed in a sealed envelope or other sealed container at the time of filing, which envelope or container shall be conspicuously endorsed with a title of this action, the words "confidential material—subject to stipulation," and a statement substantially in the following form: "This envelope is sealed and contains confidential information filed in this case and is not to be opened or the contents thereof to be displayed or revealed except by Order of the Court." Any document designated as "confidential" and filed under seal as an exhibit to a pleading or brief may be filed with the Court the day after the underlying pleading or brief is electronically filed with the Court. Nothing in this Stipulation shall require the sealing of the courtroom during any proceedings including trial.

6.

The parties will act in good faith in designating material as confidential. Portions of depositions may be deemed to contain confidential material only if they meet the required criteria and they are designated as such during deposition

questioning. Only those portions of documents deemed to contain confidential material may be stamped confidential. The above restrictions concerning disclosure shall not apply to documents and to other information that has been made available to the public or which is obtained from sources other than Defendant and Plaintiff.

7.

Nothing contained in this Joint Stipulation shall be construed as a waiver of the right to object to the subject matter of any request made in this action. This Stipulation shall not be construed as an agreement by Defendants and Plaintiffs to produce any document or supply any information and shall not constitute an admission that any designated material is relevant or acts as a waiver of privilege.

8.

Any dispute arising under this Joint Stipulation shall be submitted to a court with controlling jurisdiction for resolution. If any party disagrees with the designation of any material as confidential material, the material so designated shall nonetheless be deemed to be confidential material, and the party asserting the designation of any material as confidential material shall be required to file an appropriate motion with the Court. Such a motion shall be made within a reasonable time period, but no later than 30 days after a party received a written challenge to the designation of any material as confidential material.

9.

Within 30 days after the final termination of this action, whether by settlement, judgment, voluntary dismissal, or decision on appeal, all originals and copies of documents designated as confidential shall be returned to Defendants or Plaintiffs. In the alternative, each party counsel may provide counsel for the designating party with a written certification of counsel that the confidential material has been destroyed. Notwithstanding the above, the parties agree that counsel for Plaintiffs may retain one copy of the documents for a period of ten years for insurance purposes and any other professional obligations related to this matter. At the end of the ten year period counsel for Plaintiffs agrees to either return the documents or provide a written certification that the documents have been destroyed, upon request by Defendants, or their counsel.

10.

If any confidential material, or information or data obtained, derived or generated there from, is sought through discovery from either party by any other litigant in any other judicial or administrative proceeding, each party agrees that they will immediately notify the designating party so as to permit that party to seek a protective order from the appropriate court.

Respectfully submitted this 26th day of November, 2018.

**STIPULATED TO:**

*s/ Catherine Bowman*
Catherine M. Bowman, Esq.
Georgia Bar No. 494740
The Bowman Law Office
7505 Waters Ave. Suite D-3
Savannah GA 31406
Telephone: 912-401-0121
Catherine@TheBowmanLawOffice.com

**Attorneys for Plaintiff**

*/s/ Tracie Johnson Maurer*
Tracie Johnson Maurer
Georgia Bar No. 395670
JACKSON LEWIS P.C.
1155 Peachtree Street, NE, Suite 1000
Atlanta, GA 30309
Telephone: (404) 525-8200
tracie.maurer@jacksonlewis.com

Jennifer Shoaf Richardson
Georgia Bar No. 411723
JACKSON LEWIS P.C.
501 Riverside Avenue, Suite 902
Jacksonville, FL 32202
Telephone: (904) 638-2655
Jennifer.richardson@jacksonlewis.com

**Attorneys for Defendant**

**SO ORDERED** this 29th day of November, 2018.

_____
United States Magistrate Judge
Southern District of Georgia